IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:23-CR-0084 KJM |
| **RITA BEATRIZ JACINTO** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Rita Beatriz Jacinto
Detained at: San Joaquin County Jail

Detainee is:
a.) ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint
charging detainee with: 21 U.S.C. § 841(a)(1) – possession with intent to distribute fentanyl

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: */s/ David Spencer*
Printed Name & Phone No: David Spencer, (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 5, 2023

/s/ Kendall Newman
Honorable Kendall J. Newman
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male ☒ Female | |
| Booking or CDC #: | 22-19206 | DOB: | 05/22/1971 |
| Facility Address: | 999 West Mathews Road, French Camp, CA 95231 | Race: | |
| Facility Phone: | | FBI#: | 394435WF2 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)